**Exhibit A to the Complaint**

**Location:** San Antonio, TX  
**Total Works Infringed:** 26  
**IP Address:** 76.233.30.35  
**ISP:** AT&T Internet

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: F1FA322FA67DD15C312E3C2AFB5827F57C04FDC4<br>File Hash:<br>1065EB4FFDD9775734DDDCD198DFF65E17375152A4EB3DFE5B36294CF4395548 | 09/26/2024 21:53:25 | Blacked | 09/20/2024 | 10/17/2024 | PA0002494701 |
| 2 | Info Hash: C4F37C5ED5B46F5B6EF06BB7ECBBD0DD58C3BDA3<br>File Hash:<br>4F06AD7474807D06DC28EFAB1E82042D52B89FE29185A465CB753367017FFC9C | 09/25/2024 18:46:50 | Milfy | 09/25/2024 | 10/16/2024 | PA0002494687 |
| 3 | Info Hash: 966AF5D11568D7D5896168F66E882245BA8A5F07<br>File Hash:<br>13ABD2A124FF486B57001E7FB865A719FBB18B92F74EF38F6CD5ECA9744EBBE2 | 09/09/2024 15:23:12 | Blacked Raw | 01/12/2020 | 02/04/2020 | PA0002225587 |
| 4 | Info Hash: A1D4109E4C77831525788A8A3E01C83610B9098A<br>File Hash:<br>2B2D0351B81CD504E0AFEC9BF643AFF534128CC2F8B951F8CE5DB744BBFFA163 | 08/16/2024 16:42:37 | Vixen | 08/09/2024 | 08/15/2024 | PA0002484824 |
| 5 | Info Hash: FE3289A7C542CCAB30F3B0E37C2E9E145B3ECC5C<br>File Hash:<br>CAE60E55B10CF11927E5271B96FB56FC16799F7D4A258B422B354DBC34F0AE07 | 08/08/2024 02:10:34 | Tushy | 02/12/2023 | 03/07/2023 | PA0002400309 |
| 6 | Info Hash: 42F4FC72BFE526D9442ABCD62F01232B062FAF12<br>File Hash:<br>70D50A2F962E9E69D64450F1255A37496A84DC51CBC070FC62FD9604E9F44960 | 08/05/2024 03:41:34 | Blacked | 12/12/2020 | 01/04/2021 | PA0002277035 |
| 7 | Info Hash: 9A633DDEAF649ADEABEF3663CB4F4B10F6981204<br>File Hash:<br>3177BDBB8DEF125694FAB328484E25DAAAF81175069B54DBFAB896A9E3E678F9 | 08/03/2024 18:27:22 | Vixen | 08/02/2024 | 08/15/2024 | PA0002484855 |
| 8 | Info Hash: 8A648DB9622035F8BA2FEDE5F9EDE4894208D3E3<br>File Hash:<br>C12B33C60AD51B9712D51F693F99BB4758C1C2683D6A6D836CBB74868CFC98A8 | 08/02/2024 20:56:34 | Blacked | 12/16/2019 | 01/22/2020 | PA0002234860 |
| 9 | Info Hash: ADE0CB29621C8D7AE73E90BE7AD3067F0F291EB8<br>File Hash:<br>9BA31501E8A94B03E804E2F10A54BDA74FB59B430F5D4F80D6FC05BDFF29ECDC | 08/01/2024 00:06:28 | Milfy | 08/09/2023 | 12/05/2023 | PA0002443594 |
| 10 | Info Hash: A522F1491451CAA46B0630F5E21F82ABA5D5088B<br>File Hash:<br>2B3682B12F387C0B1231AD09D6201056F9D7C4238A53EFCC29DECCEA8A752FB1 | 07/26/2024 18:32:35 | Milfy | 06/21/2023 | 08/22/2023 | PA0002431065 |
| 11 | Info Hash: 5BC257AEA17437FE40FC1FFCCF213266303D16EB<br>File Hash:<br>9D4FB5093E9D778448FBF79BBE3A5A844AF5483776C6CFE7418BE59EF2E4691A | 07/18/2024 17:50:25 | Milfy | 07/17/2024 | 09/05/2024 | PA0002491145 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 2C5D449EC8953D17E08CE8523DAF8CCA40FF743E<br>File Hash: 03013441D342061414924FC224867EAB52999C3CE24AF5ED4BC6F2068F6428A3 | 07/09/2024 16:46:44 | Blacked Raw | 07/08/2024 | 07/15/2024 | PA0002480635 |
| 13 | Info Hash: 400625A24D4B1350C5C9869DC1C9F7767C73C4D3<br>File Hash: 7A005E171C7E821C1A1D93469F199B9B76CEEA2F4DE9EF762B41D575C440F8CE | 07/07/2024 21:23:13 | Tushy | 06/30/2018 | 07/26/2018 | PA0002112157 |
| 14 | Info Hash: 3EEA9CBA5FF2A3B747917B3B2B9FED36C8D9E40F<br>File Hash: 055D332D822D4474D954CE456BA799DA658B8EC602F202716EA016F2F5506E93 | 07/03/2024 20:58:51 | Milfy | 07/03/2024 | 09/05/2024 | PA0002491137 |
| 15 | Info Hash: B3A15D36E6B15B5D0FB06E835CEF1DE1394C9CBF<br>File Hash: A24EEDAEA9CA44006FA6B1E9F8F7777C2B7D64C935EF6E77D2746D9A2DFF63C7 | 07/03/2024 20:48:11 | Milfy | 02/14/2024 | 03/15/2024 | PA0002463444 |
| 16 | Info Hash: C738CFA5354288DAD65504E3F060EAC260562E60<br>File Hash: 5FC6E3C71C2C4BA2C15CAF4918020777C6B6F73357D2DB87F41DED855C881038 | 06/27/2024 17:02:44 | Milfy | 06/26/2024 | 09/09/2024 | PA0002491138 |
| 17 | Info Hash: 04CC516AD8A755B8232BDD58516915DCA220B91E<br>File Hash: 457DFE59F5FF1F8D8261D184D44E3EE8565317EFBDC118DF76C11464AC86BD0B | 06/14/2024 18:20:21 | Milfy | 06/12/2024 | 09/09/2024 | PA0002491143 |
| 18 | Info Hash: D4F4CB87CF6C9F5B302AEB41BD1901396245154E<br>File Hash: CB502BFCF04BDAE0BB88F6699859AFE62825B44BC764C9A7EEDE96882721EFA5 | 06/07/2024 17:13:07 | Tushy | 01/23/2022 | 02/14/2022 | PA0002335464 |
| 19 | Info Hash: F460128C54DE06134C71227B9572FD1A2661E426<br>File Hash: E52608D8AC7A60D3266D0AA7C71C9B9472EF45418D9DBB34F6001E191E6EF399 | 06/07/2024 16:50:43 | Tushy | 06/02/2024 | 09/04/2024 | PA0002490145 |
| 20 | Info Hash: 4844705C599B1C7D81E89AF67D61B3281247C258<br>File Hash: B0C49441E81A6ED706CA80EDED4AAE6E2A63FB31046D87906CA3F84B0261157D | 05/29/2024 19:04:22 | Blacked | 05/28/2024 | 06/18/2024 | PA0002476882 |
| 21 | Info Hash: 72ACB9A107341008730593EA4C32E3491A642198<br>File Hash: 2D86E41C278FAF79AA097E39CBDF0810107ACCEEA33DFD9C1ED53B58E959DCDE | 05/28/2024 00:59:21 | Milfy | 12/20/2023 | 01/16/2024 | PA0002453983 |
| 22 | Info Hash: CEFEE757B2259F5233893E3FF0368EFBE049B900<br>File Hash: A80C256F469DA98596C39B43AF1D246B7CAE3FE25456A529EC2865956D6923A0 | 05/28/2024 00:20:02 | Milfy | 04/03/2024 | 06/24/2024 | PA0002477489 |
| 23 | Info Hash: BF1767EACB0EF8175EDABF8AB21B1F6F49DB42A7<br>File Hash: 60016707CB8CC42F8E32FCF2BEF7DAC0A1CED28E50ACA0A4FFE4E0EEA28AD7BB | 05/26/2024 22:09:12 | Milfy | 03/06/2024 | 06/24/2024 | PA0002477485 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 687A9B3B245BD6D8DA2ACBF8DCE2D81F6FAB3E4B<br>File Hash:<br>DBE8E9C2C11BE4392B1872C38EB3E397CCC8544B64C62D48565D6E70B678CEB7 | 05/20/2024 17:57:19 | Tushy | 05/19/2024 | 06/19/2024 | PA0002476872 |
| 25 | Info Hash: 9A91A2EE7A3BAEDCA09CCC1B8462A0F7B9BE9C98<br>File Hash:<br>880B096D53B17F1A7194CE8226BB084B4D70E73C883BBB9174F490E5434037C9 | 05/13/2024 21:32:26 | Blacked | 05/13/2024 | 06/18/2024 | PA0002476744 |
| 26 | Info Hash: 79697E57DBB146BFC6D554DC1A6A943D4197AB32<br>File Hash:<br>E0820E05EB60CEA081936669C7F7A5D89DCAAEFF05D895638B2D52378C991DC8 | 05/12/2024 19:32:28 | Vixen | 05/10/2024 | 06/18/2024 | PA0002476920 |